# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DIVISION OF TENNESSEE

| | |
|---|---|
| BRETT STEWART and LISA STEWART,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>    Defendant. | Case No. 3:24-cv-43<br><br>***JURY TRIAL DEMANDED*** |

## COMPLAINT

Come now the Plaintiffs, Brett Stewart and Lisa Steward, by and through counsel, for their cause of action against the Defendant, United States Postal Service, and would respectfully show unto this Honorable Court the following:

### INTRODUCTION

1. This is a civil action seeking monetary damages against Defendant for committing acts or omissions of negligence against Plaintiff.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this claim against the United States for money damages pursuant to the Federal Torts Claims Act (hereinafter the FTCA") 28 U.S.C. §1346(b)(1).

3. The Court also has pendant jurisdiction as provided under 28 U.S.C. §1367(a)

4. The acts of omissions giving rise to this claim, as indicated above, occurred in the Eastern District of Tennessee. Venue, therefore, is proper under 28 U.S.C. §1402(b).

### PARTIES

5. Plaintiffs, Brett Stewart and Lisa Stewart, are citizens and residents of Knoxville, Tennessee and the United States of America.

6. Defendant, United States Postal Service is an agency of the United States and is subject to civil suit by suing the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C.§2671 et seq and 39 U.S.C. §409.

7. Defendant, United States Postal Service is an independent establishment of the Executive Branch of the United States Government. The USPS is headquartered at 475 L'Enfant Plaza, SW, Washington, D.C. 20260. The USPS may be served with process upon the Attorney General and United States Attorney for the Eastern District of Tennessee.

8. Defendant, United States Postal Service, is a resident of the Eastern District of Tennessee as defined by 28 U.S.C. §1391(d).

9. Defendant, United States Postal Service operates an office at 4334 Middlebrook Pike, Knoxville, TN 37921.

## NEGLIGENCE

10. As a common carrier, the United States Postal Service, owes the highest degree of care.

11. On or about April 19, 2022, Plaintiff, Brett Stewart, was operating a vehicle travelling westbound on North Middlebrook Pike in Knox County, Tennessee.

12. At all times material herein, Defendant, through its agents, servants, and employees, operated, owned, managed, maintained, and controlled the vehicle that was involved in the accident with Plaintiff, Brett Stewart.

13. Defendant failed to yield while turning right and drove his vehicle directly into the path of Plaintiff's vehicle.

14. By driving into Plaintiff's path, Defendant caused a collision with Plaintiff's vehicle.

15. Defendant was negligent in failing to exercise due care due care in violation of Tenn. Code Ann. § 55-8-136.

16. Defendant was negligent in turning without ascertaining that such could be done with reasonable safety in violation of Tenn. Code Ann. § 55-8-143.

17. Defendant was negligent in failing to maintain the vehicle he was operating under due and reasonable control.

18. Defendant was negligent in failing to maintain a due and proper look out ahead in the direction in which he was driving.

19. The negligence of Defendant was the sole and proximate cause of the collision.

20. At no time material herein was the Plaintiff, Brett Stewart, guilty of any negligence in his conduct or actions.

21. As a direct consequence of the Defendant's negligence, the Plaintiff, Brett Stewart, suffered injuries to his person, experienced great pain of mind and body, incurred expenses for his medical care and treatment, and has been prevented from transacting his business.

22. As a consequence of the injuries to Brett Stewart, the Plaintiff, Lisa Stewart, was deprived of his valuable services, companionship, and society.

WHEREFORE, the Plaintiffs, Brett Stewart and Lisa Stewart, pray for damages against the Defendant, United States Postal Service, in a sum of money of **ONE-HUNDRED AND FIFTY THOUSAND DOLLARS ($150,000.00)** plus their costs of this action and any other such other relief to be deemed just and equitable.

*The Plaintiffs demand this action be tried by a jury.*

Respectfully submitted this the __2nd__ day of __February__, 2024.

BRETT STEWART and LISA STEWART,
By Their Attorney,

T. SCOTT JONES, BPR #014628
CHRIS W. BEAVERS, BPR #025259
Attorneys for the Plaintiffs
BANKS & JONES
2125 Middlebrook Pike
Knoxville, Tennessee 37921
(865) 546-2141
tscottjones@banksandjones.com
chrisbeavers@banksandjones.com

## COST BOND

We, the undersigned, do hereby acknowledge ourselves as surety for all of the costs of this cause.

This the  2nd  day of  February , 2024.

                                                  Brett Stewart and
                                                Lisa Stewart,
                                                Principals

                                                _____
                                                T. Scott Jones, Attorney
                                                BANKS & JONES, Surety

                                                _____
                                                T. Scott Jones, Attorney